UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
at PIKEVILLE

Civil Action No. 08-78-HRW

MARY ANN BAILEY,                                            PLAINTIFF,

v.                          **JUDGMENT**

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY,          DEFENDANT.

In conformity with the Order entered this date and in compliance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED** and **ADJUDGED** that:

    A.     pursuant to sentence four of 42 U.S.C. § 405(g), the administrative decision is **AFFIRMED** and judgment is entered in favor of the Defendant;

    B.     the Plaintiff's Complaint against the Defendant is **DISMISSED WITH PREJUDICE** and the Plaintiff shall take nothing thereby; and

    C.     this action is **STRICKEN** from the active docket of the Court.

This 5 day of January, 2009.

Henry R. Wilhoit, Jr., Senior Judge